UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03339-WJM-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| TKG BOULDER MARKET SQUARE, L.L.C., a Missouri limited liability company; | : |
| and | : |
| PETSMART, INC., a Delaware limited liability company; | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant TKG BOULDER MARKET SQUARE, L.L.C. have reached a settlement in principle with Plaintiff Fred Nekouee obviating the need for such Defendant to file an answer. The Plaintiff notes that the Court already vacated the Scheduling Conference in its Minute Order [Doc 19] relating to the notice of settlement by Defendant PETSMART, INC.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

Attorney for Plaintiff Fred Nekouee

1

## CERTIFICATE OF SERVICE

      I certify that on February 18, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                                                              s/Robert J. Vincze
                                                              Robert J. Vincze (CO #28399)