UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03339-WJM-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| TKG BOULDER MARKET SQUARE, L.L.C., a Missouri limited liability company; | : |
| and | : |
| PETSMART, INC., a Delaware limited liability company; | : |
| Defendants. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT PETSMART, INC.**

Plaintiff and Defendant PETSMART, INC. by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant PETSMART, INC. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement. Except as otherwise agreed, each such party to bear its own costs and attorney's fees.

DATE:  March 18, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*
and

*s/Beth S. Joseph*
Beth S. Joseph

1

Anne Marie Estevez
Morgan, Lewis & Bockius LLP
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Phone: 305-415-3330
Email: beth.joseph@morganlewis.com
           annemarie.estevez@morganlewis.com

*Counsel for Petsmart, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 18, 2020, I electronically filed the foregoing Joint Stipulation with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (CO #28399)

2